JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LINDA WEST,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | No. 8:26-cv-01769-DFM<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND REQUIRING FILING OF DISMISSAL |

On October 13, 2026, Plaintiff filed a Notice of Settlement, stating that the parties have reached a settlement in this case and requesting sixty (60) days to complete settlement documents and notify the Court of dismissal. See Dkt. 16. Accordingly, the Court hereby orders all proceedings in this case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause within **sixty (60) days**, to reopen the action if settlement is not consummated.

The parties shall file a stipulation of dismissal no later than **December 14, 2026**. If no such stipulation of dismissal is filed, the Court will deem the matter dismissed at that time.

The Court retains full jurisdiction over this action, and this order shall not prejudice any party in the action.

Date: October 15, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge